UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| DALLAS CLEON POOLE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| CAREY HAWKINS, ET AL., ) | 4:22-CV-149-BO-RN |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that this Court lacks subject matter jurisdiction over the matter, and plaintiff's complaint is DISMISSED without prejudice.

This case is closed.

**This judgment filed and entered on July 10, 2023, and served on:**
Dallas Poole, Sr. (via US Mail to 117 Realini Drive, Havelock, NC 28532)
Joseph Fulton (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

July 10, 2023

/s/ Lindsay Stouch
By: Deputy Clerk